UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TORIANO GERMAINE HUDSON,

Plaintiff,

v.

ROBERT NEUSCHMID,

Defendant.

Case No. 20-cv-01250-SI

**ORDER OF TRANSFER**

Toriano Hudson filed this civil rights action under 42 U.S.C. § 1983, complaining of events or omissions that occurred at the California State Prison in Vacaville. That prison is located in Solano County, within the venue of the Eastern District of California. The defendant works at the prison and apparently resides in the Eastern District of California. No defendant is alleged to reside in, and none of the events or omissions giving rise to the complaint occurred in, the Northern District of California. Venue therefore would be proper in the Eastern District, but not in the Northern District of California. *See* 28 U.S.C. § 1391(b). Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Eastern District of California. The clerk shall transfer this matter.

**IT IS SO ORDERED**.

Dated: February 24, 2020

SUSAN ILLSTON
United States District Judge