1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TORIANO GERMAINE HUDSON,

Plaintiff,

v.

ROBERT NEUSCHMID,

Defendant.

Case No. 20-cv-01250-SI

**ORDER**

Re: Dkt. No. 9

On February 24, 2020, this case was transferred to the United States District Court for the Eastern District of California where it became *Hudson v. Neuschmid,* E. D. Cal. Case No. 2:20-cv-00483-JDP.  Plaintiff thereafter filed several documents in the Eastern District case but also continued to file documents in the Northern District case.  For example, plaintiff filed an *in forma pauperis* application in the Eastern District and in this court.  The *in forma pauperis* application at Docket No. 9 is DISMISSED because it was filed in the wrong court.

Plaintiff is now cautioned not to file any more documents in this court for Case No. 20-1250 SI because that case was closed in the Northern District of California when the case was transferred to the Eastern District of California. All further filings by plaintiff must be filed in the Eastern District of California in *Hudson v. Neuschmid*, E. D. Cal. Case No. 2:20-cv-00483-JDP.

**IT IS SO ORDERED**.

Dated: October 29, 2020

_____

SUSAN ILLSTON
United States District Judge